RECEIVED

DEC - 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MICHAEL BUSHNELL<br>D.O.C. # 579518 | : | DOCKET NO. 16-cv-366 |
| VERSUS | : | JUDGE DOHERTY |
| N. DARREL VANNOY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 8th day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE